In the Matter of IRENE SHERMAN, Respondent. MT. EDEN CEMETERY ASSOCIATION, INC., Respondent; WEST SIDE INSTITUTIONAL SYNAGOGUE, Appellant.

Under the circumstances here the granting of the application was not an improvident exercise of discretion. Nolan, P. J., Carswell, Wenzel, MacCrate and Schmidt, JJ., concur. [See *post*, p. 919.]

KANG JAI ASSOCIATION, INC., et al., Respondents, v. POON GEE DATT et al., Appellants.—

Where a complaint states any cause of action, it may not be dismissed on a motion of this character. (*Cornehlsen* v. *Dudensing*, 270 App. Div. 1037.) Here the plaintiffs are the corporations and may assert a cause of action for an accounting. (General Corporation Law, §§ 60, 61.) On its face the complaint does not show that the institution of the action has been without proper authorization. Nolan, P. J., Carswell, Wenzel, MacCrate and Schmidt, JJ., concur.

HILDA M. LANGENBERG, Appellant, v. ADELINE WUTERICH, Respondent.—

No opinion. Nolan, P. J., Carswell, Wenzel, MacCrate and Schmidt, JJ., concur.

EDWIN R. LA VIN, Appellant, v. RUSSELL C. LA VIN et al., Respondents. EDWIN R. LA VIN, Appellant, v. RUSSELL C. LA VIN et al., Respondents.—

No opinion. Nolan, P. J., Carswell, Wenzel, MacCrate and Schmidt, JJ., concur. [See *post*, p. 920.]